Certificate Number: 03088-TXW-CC-036707651



03088-TXW-CC-036707651

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 25, 2022, at 10:19 o'clock AM CDT, Lisa M Garza received from Debt Education and Certification Foundation, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Western District of Texas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

| | | |
|---|---|---|
| Date: July 25, 2022 | By: | /s/Tina R. Boydston |
| | Name: | Tina R. Boydston |
| | Title: | Supervisor |

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).