ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax
ATTORNEY FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. |
| LISA MARIE GARZA § | |
| § | CHAPTER 7 |
| Debtor(s). § | |

### Pay Advice Coversheet

I, Lisa Marie Garza, declare under penalty of perjury that the foregoing is true and correct:

☒ I have not been employed by and employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because ...

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

/s/ *Lisa Marie Garza*
Lisa Marie Garza, Debtor