Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | **Lisa** | **Marie** | **Garza** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Western District of Texas** | |
| Case number | **22-50946** | | |

☑ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ☑ Yes. Where is the property?

   1.1 **9423 Valley Dale, San Antonio, TX 78250**
   Street address, if available, or other description

   **9423 Valley Dale**

   **San Antonio, TX 78250**
   City          State      ZIP Code

   **Bexar**
   County

   **What is the property?** Check all that apply.

   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☑ Land
   ☐ Investment property
   ☐ Timeshare
   ☑ Other ___**Homestead**___

   **Who has an interest in the property?** Check one.

   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☑ At least one of the debtors and another

   **Other information you wish to add about this item, such as local property identification number:**
   Homestead consisting of single-family home & residential lot located at 9423 Valley Dale, San Antonio, TX 78250

   **Source of Value:** **Bexar CAD**

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   **Current value of the entire property?**        **Current value of the portion you own?**

   **$237,400.00**                **$237,400.00**

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

   **Homestead**

   ☑ **Check if this is community property**
   (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................................................** → **$237,400.00**

Debtor 1    **Lisa**            **Marie**          **Garza**                          Case number *(if known)* **22-50946**
            First Name          Middle Name        Last Name

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   - ☐ No
   - ☑ Yes

   3.1  Make: **Mazda**

   Model: **Mazda3**

   Year: **2011**

   Approximate mileage: **115000**

   Other information:

   **Who has an interest in the property?** Check one.
   - ☑ Debtor 1 only
   - ☐ Debtor 2 only
   - ☐ Debtor 1 and Debtor 2 only
   - ☐ At least one of the debtors and another

   ☐ **Check if this is community property**
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $6,150.00 | $6,150.00 |

   If you own or have more than one, list here:

   3.2  Make: **Chevrolet**

   Model: **Traverse**

   Year: **2016**

   Approximate mileage: **110,000**

   Other information:

   **Who has an interest in the property?** Check one.
   - ☐ Debtor 1 only
   - ☐ Debtor 2 only
   - ☐ Debtor 1 and Debtor 2 only
   - ☑ At least one of the debtors and another

   ☑ **Check if this is community property**
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $12,700.00 | $12,700.00 |

   3.3  Make: **Chrysler**

   Model: **Town & Country**

   Year: **2014**

   Approximate mileage: **35,000**

   Other information:

   **Who has an interest in the property?** Check one.
   - ☐ Debtor 1 only
   - ☐ Debtor 2 only
   - ☐ Debtor 1 and Debtor 2 only
   - ☑ At least one of the debtors and another

   ☑ **Check if this is community property**
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $14,456.00 | $14,456.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - ☑ No
   - ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.......................................................................................................................**  ➔  **$33,306.00**

| Debtor 1 | **Lisa** | **Marie** | **Garza** | | Case number *(if known)* **22-50946** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 3:  Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**

*Examples:*  Major appliances, furniture, linens, china, kitchenware

- [ ] No
- [x] Yes. Describe........   See Attached.

$735.00

**7. Electronics**

*Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

- [ ] No
- [x] Yes. Describe........   See Attached.

$500.00

**8. Collectibles of value**

*Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

- [ ] No
- [x] Yes. Describe........   Pictures/frames

$50.00

**9. Equipment for sports and hobbies**

*Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

- [x] No
- [ ] Yes. Describe........

**10. Firearms**

*Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

- [x] No
- [ ] Yes. Describe........

**11. Clothes**

*Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

- [ ] No
- [x] Yes. Describe........   Clothing (2 Adults, 2 Children)

$250.00

**12. Jewelry**

*Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

- [ ] No
- [x] Yes. Describe........   Wedding bands, Costume Jewelry

$55.00

**Schedule A/B: Property**

Debtor 1    **Lisa**          **Marie**          **Garza**                           Case number *(if known)* __22-50946__
            First Name        Middle Name        Last Name

13. **Non-farm animals**

    *Examples:*  Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Describe........

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..................................................................➔   | **$1,590.00** |

---

## Part 4:  Describe Your Financial Assets

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

    *Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes.................................................................................................................................. Cash..............

17. **Deposits of money**

    *Examples:*  Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes..................

|  | Institution name: |  |
|---|---|---|
| 17.1. Other financial account: | **Randolph Brooks Federal Credit Union Money Market Account#1324 (Non-Filing Spouse)** | **$1,506.24** |
| 17.2. Savings account: | **Randolph Brooks Federal Credit Union Savings Account#5682 (Debtor)** | **$0.51** |
| 17.3. Savings account: | **Randolph Brooks Federal Credit Union Savings Account- son's account - All proceeds are gifts . Debtor is only listed on account because he is a minor. Estimated balance $200** | **$0.00** |
| 17.4. Savings account: | **Randolph Brooks Federal Credit Union Savings Account#3069 (Non-Filing Spouse)** | **$0.63** |
| 17.5. Savings account: | **Randolph Brooks Federal Credit Union Savings Account#5136 (Non-Filing Spouse)** | **$0.00** |
| 17.6. Checking account: | **Randolph Brooks Federal Credit Union Checking Account#5691 (Debtor)** | **$8.28** |
| 17.7. Checking account: | **Randolph Brooks Federal Credit Union Checking Account- son's account- All proceeds are son's from his employment and graduation gifts . Debtor is only listed on account because he is a minor balance of $600** | **$0.00** |
| 17.8. Checking account: | **Randolph Brooks Federal Credit Union Checking Account#3787 (Non-Filing Spouse)** | **$193.92** |

---

Debtor 1    **Lisa**    **Marie**    **Garza**              Case number *(if known)* **22-50946**
              First Name    Middle Name    Last Name

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:*  Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes..................

    Institution or issuer name:

    _____    _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No
    ☐ Yes. Give specific
       information about
       them...................

    Name of entity:                                      % of ownership:

    _____    _____    _____

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific
       information about
       them...................

    Issuer name:

    _____    _____

21. **Retirement or pension accounts**

    *Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes. List each
       account separately.

    Type of account:          Institution name:

    401(k) or similar plan:    _____    _____

    Pension plan:             _____    _____

    IRA:                      _____    _____

    Retirement account:       _____    _____

    Keogh:                    _____    _____

    Additional account:       _____    _____

Debtor 1    **Lisa**              **Marie**            **Garza**                                    Case number *(if known)* **22-50946**
            First Name           Middle Name          Last Name

---

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes.....................

Institution name or individual:

Electric:                    _____    _____

Gas:                         _____    _____

Heating oil:                 _____    _____

Security deposit on rental unit:  _____    _____

Prepaid rent:                _____    _____

Telephone:                   _____    _____

Water:                       _____    _____

Rented furniture:            _____    _____

Other:                       _____    _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................

Issuer name and description:

_____    _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____    _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
information about them....  ┌─────────────────────────────────────┐
                           │                                       │   _____
                           └─────────────────────────────────────┘

---

Debtor 1   __Lisa__   __Marie__   __Garza__   Case number *(if known)* __22-50946__

First Name        Middle Name        Last Name

---

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes. Give specific
    information about them....

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses,
    professional licenses

    ☑ No
    ☐ Yes. Give specific
    information about them....

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes. Give specific information about
    them, including whether you
    already filed the returns and
    the tax years.......................

    Federal: _____
    State: _____
    Local: _____

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No
    ☐ Yes. Give specific information..........

    Alimony: _____
    Maintenance: _____
    Support: _____
    Divorce settlement: _____
    Property settlement: _____

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
    Social Security benefits; unpaid loans you made to someone else

    ☑ No
    ☐ Yes. Give specific information..........

---

| Debtor 1 | Lisa | Marie | Garza | | Case number *(if known)* **22-50946** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**31.  Interests in insurance policies**

*Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes.  Name the insurance company of each policy and list its value....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Primerica Term Life policy. $150k death benefit for Debtor and $300k death benefit for spouse. No cash value.** | **Mother & sister** | **$0.00** |

**32.  Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes.  Give specific information..........

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes.  Describe each claim................

| | |
|---|---|
| National Debt Relief for funds paid for debt settlement represented by Atlas - to pursue claim on contingency basis. Debtor is uncertain whether this claim is collectible estimated value $3300. Estimated value shall not limit recovery on the merits. | **$3,300.00** |

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes.  Describe each claim................

**35.  Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information..........

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...................................................................................................................➔

| |
|---|
| **$5,009.58** |

---

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37.  Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

---

Official Form 106A/B

**Schedule A/B: Property**

page **8**

Debtor 1    __Lisa__      __Marie__      __Garza__          Case number *(if known)* __22-50946__

         First Name        Middle Name       Last Name

---

38. **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe........

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe........

41. **Inventory**

☑ No

☐ Yes. Describe........

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe........

Name of entity:                     % of ownership:

_____    _____%  _____

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

     ☑ No

     ☐ Yes. Describe........

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**......................................................................................➔ | **$0.00** |

---

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| --- | --- |
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

---

Official Form 106A/B                 **Schedule A/B: Property**                 page **9**

| Debtor 1 | __Lisa__ | __Marie__ | __Garza__ | Case number *(if known)* __22-50946__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

    *Examples:* Livestock, poultry, farm-raised fish

    ☑ No
    ☐ Yes.........................  _____

48. **Crops—either growing or harvested**

    ☑ No
    ☐ Yes. Give specific
       information............  _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

    ☑ No
    ☐ Yes.........................  _____

50. **Farm and fishing supplies, chemicals, and feed**

    ☑ No
    ☐ Yes.........................  _____

51. **Any farm- and commercial fishing-related property you did not already list**

    ☑ No
    ☐ Yes. Give specific
       information............  _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**.....................................................................................................➔   $0.00

## Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes. Give specific
       information............  _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here**.....................................➔   $0.00

## Part 8:  List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**............................................................................................................➔   $237,400.00

| Debtor 1 | **Lisa** | **Marie** | **Garza** | Case number *(if known)* **22-50946** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

56. **Part 2: Total vehicles, line 5**                                    $33,306.00

57. **Part 3: Total personal and household items, line 15**        $1,590.00

58. **Part 4: Total financial assets, line 36**                          $5,009.58

59. **Part 5: Total business-related property, line 45**              $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**   $0.00

61. **Part 7: Total other property not listed, line 54**     +         $0.00

62. **Total personal property.** Add lines 56 through 61..............     $39,905.58     Copy personal property total ➜  +     $39,905.58

63. **Total of all property on Schedule A/B.** Add line 55 + line 62.................................................................................     $277,305.58

| Debtor 1 | **Lisa** | **Marie** | **Garza** | Case number *(if known)* **22-50946** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

# SCHEDULE A/B: PROPERTY
## Continuation Page

6. **Household goods and furnishings**

| | |
|---|---|
| **Sofa** | **$100.00** |
| **Loveseat** | **$75.00** |
| **Coffee Table** | **$10.00** |
| **Sofa Tables** | **$10.00** |
| **Refrigerator / Freezer** | **$75.00** |
| **Freezer** | **$25.00** |
| **Stove / Range** | **$40.00** |
| **Microwave** | **$20.00** |
| **Dish Washer** | **$45.00** |
| **Washing Machine** | **$40.00** |
| **Clothes Dryer** | **$40.00** |
| **Dishes / Flatware** | **$15.00** |
| **Pots / Pans / Cookware** | **$40.00** |
| **(4) Beds** | **$100.00** |
| **Dressers / Nightstands** | **$40.00** |
| **Lawnmower** | **$20.00** |
| **Kitchen Table / Chairs** | **$40.00** |

7. **Electronics**

| | |
|---|---|
| **42" Television- $50 50" Insignia Television- $75** | **$125.00** |
| **Laptop computer $100, (2) Desktop computers $150** | **$250.00** |
| **Stereo $40, Blue Tooth Speaker $5** | **$45.00** |
| **Cellular Telephone** | **$80.00** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Lisa** | **Marie** | **Garza** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western District of Texas**

Case number **22-50946**
(if known)

☑ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X** /s/ Lisa Marie Garza
Lisa Marie Garza, Debtor 1

Date 10/06/2022
    MM/ DD/ YYYY