# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 22−50946−mmp

Chapter No.: 7

Judge: Michael M Parker

IN RE: **Lisa Marie Garza** , Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**3/10/23** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

*MAIL ORIGINAL PROOF OF CLAIM TO:*   *MAIL COPY OF PROOF OF CLAIM TO:*

U. S. BANKRUPTCY COURT

615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205

Jose C Rodriguez
Jose C. Rodriguez, Trustee
1101 W. 34th Street, #223
Austin, TX 78705

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

*\*\*\*\* ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.*

Dated: 12/9/22

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Set Bar Date Notice/Order] [Ntcosbrdtapac]

United States Bankruptcy Court

Western District of Texas

In re:   Case No. 22-50946-mmp

Lisa Marie Garza   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-5     User: admin     Page 1 of 2

Date Rcvd: Dec 09, 2022     Form ID: 148     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Marie Garza, 9423 Valley Dale, San Antonio, TX 78250-3901 |
| tr | + | Jose C Rodriguez, Jose C. Rodriguez, Trustee, 1101 W. 34th Street, #223, Austin, TX 78705-1907 |
| 18359264 | + | Attorney General of Texas, Bankruptcy Collection Division, PO Box 12017, Austin, TX 78711-2017 |
| 18359265 | + | Bank of America, Bankruptcy, PO Box 660710, Dallas, TX 75266-0710 |
| 18359266 | + | Bexar County Tax Assessor-Collector, PO Box 839950, San Antonio, TX 78283-3950 |
| 18359267 | + | Cedar Hill National Bank, C/O CATO, PO Box 37902, Charlotte, NC 28237-7902 |
| 18359268 | + | Christus Santa Rosa Children's Hospital, PO Box 847053, Dallas, TX 75284-7053 |
| 18359269 | + | Couch Lambert, 3501 N Causeway Blvd Suite 800, Metairie, LA 70002-3625 |
| 18359270 | + | Great Northwest Community Improvement Association,, 8809 Timberwilde St, San Antonio, TX 78250-4331 |
| 18400187 | + | Smile Direct Club HQ, 414 Union St 8th Fl, Nashville, TN 37219-1929 |
| 18359279 | + | United States Attorney - Western, 601 NW Loop 410 Suite 600, San Antonio, TX 78216-5597 |
| 18359280 | + | United States Trustee - Western, 615 E. Houston Street, Suite 533, San Antonio, TX 78205-2055 |
| 18359282 | + | Victoria Emergency Partners LLC, PO Box 203949, Dallas, TX 75320-3949 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Dec 09 2022 22:32:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78295-1601 |
| 18359263 | | Email/Text: clerk@allmandlaw.com | Dec 09 2022 22:32:00 | Allmand Law Firm, PLLC, Allmand Law Firm, PLLC, 860 Airport Fwy Ste 401, Hurst, TX 76054-3264 |
| 18364244 | | Email/Text: BNCnotices@bdfgroup.com | Dec 09 2022 22:32:00 | Bank of America, N.A., c/o BDFTE LLP, 4004 Belt Line Rd, Ste 100, Addison, TX 75001 |
| 18359271 | | EDI: IRS.COM | Dec 10 2022 03:33:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 18369214 | | Email/Text: sanantonio.bankruptcy@publicans.com | Dec 09 2022 22:32:00 | Bexar County, c/o Don Stecker, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| 18359272 | + | Email/Text: dallas.bankruptcy@LGBS.com | Dec 09 2022 22:32:00 | Linebarger Goggan Blair & Sampson LLP, Attn: Lisa Large Evans, 2777 N. Stemmons Freeway, Ste 1000, Dallas, TX 75207-2328 |
| 18359274 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 09 2022 22:32:00 | Mariner Finance, Attn: Bankruptcy 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 18359275 | + | EDI: NTXTOLWAY | Dec 10 2022 03:33:00 | NTTA, PO Box 660244, Dallas, TX 75266-0244 |
| 18359276 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2022 22:36:49 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 18359277 | + | Email/Text: ARPacerRequest@ssfcu.org | | |

22-50946-mmp Doc#24 Filed 12/11/22 Entered 12/11/22 23:16:36 Imaged Certificate of Notice Pg 3 of 3

| District/off: 0542-5 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 09, 2022 | Form ID: 148 | Total Noticed: 25 |

| | | Dec 09 2022 22:32:00 | Security Service FCU, Attn: Bankruptcy, P.O. Box 691510, San Antonio, TX 78269 |
|---|---|---|---|
| 18359278 | Email/Text: bankruptcyclerk@tabc.texas.gov | Dec 09 2022 22:32:00 | Texas Alcoholic Beverage Comm, Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 18359281 | ^ MEBN | Dec 09 2022 22:29:17 | US Attorney General, US Department of Justice, 950 Pennsylvania Ave, NW, Washington, DC 20530-0009 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18369215 | *P++ | LINEBARGER GOGGAN BLAIR & SAMPSON LLP, ATTN DON STECKER, 112 E PECAN, SUITE 2200, SAN ANTONIO TX 78205-1588, address filed with court:, Bexar County, c/o Don Stecker, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| 18359273 | *+ | Lisa Marie Garza, 9423 Valley Dale, San Antonio, TX 78250-3901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abbey U. Dreher | on behalf of Creditor Bank of America N.A. wdecf@BDFGROUP.com, marshak@bdfgroup.com |
| Don Stecker | on behalf of Creditor Bexar County don.stecker@lgbs.com |
| Jose C Rodriguez | jcrodlaw@gmail.com lettymreyna@gmail.com;jrodriguez@ecf.axosfs.com |
| Nicholas C Inman | on behalf of Debtor Lisa Marie Garza NInman@Allmandlaw.com dallasecf@allmandlaw.com;clerk@allmandlaw.com;ign@allmandlaw.com;r62733@notify.bestcase.com;allmandlaw@notifications.practicesavvy.com;allmanduser@gmail.com;dgaines@allmandlaw.com;AllmandLawFirmPLLC@jubileebk.net |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 5