IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-50946-MMP |
| | § | |
| LISA MARIE GARZA | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 CASE |

**WITNESS AND EXHIBIT LIST
FOR HEARING ON FEBRUARY 28, 2023**

COMES NOW Jose C. Rodriguez, the Chapter 7 Trustee in this case, who submits this Witness and Exhibit List for the hearing on Motion of Trustee Under Fed. R. Bankr. P. 9019(a) to Ratify Compromise and Settlement by and between National Debt Relief, LLC and Lisa Marie Garza set for hearing on February 28, 2023.

## WITNESSES

1. Nathan Volheim, Proposed Special Counsel and Counsel in Arbitration Proceeding.
2. Jose C. Rodriguez, Trustee and Movant.

The Trustee reserves the right to call any witnesses designated by any other party, as well as rebuttal witnesses.

## EXHIBITS

The Trustee designates the following exhibits that may be admitted:

| Exh. # | Date | Description | Offer | Object | Admit | Not Admitted |
|---|---|---|---|---|---|---|
| T-1 | | Atlas Consumer Law Consumer Law Retainer Agreement | | | | |
| T-2 | | Demand for Arbitration Consumer Arbitration Rules with Exhibit "A" Demand for Arbitration | | | | |

| T-3 | | Confidential Settlement Agreement and Release | | | | |
|---|---|---|---|---|---|---|

The Trustee reserves the right to use any exhibits presented by any other party and to use exhibits not listed here for impeachment or rebuttal purposes at the hearing.

The Trustee reserves the right to supplement or amend the exhibit list any time prior to the hearing.

Dated: February 22, 2023

Respectfully submitted,

Law Offices of Jose C. Rodriguez
1101 W. 34th Street, #223
Austin, TX 78705
Tel: (210) 738-8881
Fax: (210) 738-8882
Email: jcrodlaw@gmail.com

By: */s/ Jose C. Rodriguez*
Jose C. Rodriguez
State Bar No. 17146450

**CHAPTER 7 TRUSTEE**

_____

## CERTIFICATE OF SERVICE
_____

  I hereby certify that a true and correct copy of the foregoing document was filed with the Court and served electronically upon those Parties registered to receive electronic notice via the Court's CM/ECF system or sent by email on the  22nd  day of  February , 2023.

| | |
|---|---|
| Lisa M. Garza<br>9423 Valley Dale<br>San Antonio, TX 78250<br>***Debtor*** | Atlas Consumer Law<br>A Division of Sulaiman Law, Ltd.<br>c/o Nathan C. Volheim, Esq.<br>2500 S. Highland Ave., Ste. 200<br>Lombard, IL 60148<br>***Proposed Special Counsel*** |
| National Debt Relief, LLC<br>180 Maiden Lane, 30th Floor<br>New York, NY 10038 | *Via CM/ECF*<br>*USTPRegion07.SN.ECF@usdoj.gov* |
| National Debt Relief, LLC<br>11 Broadway, #1732<br>New York, NY 10004 | U.S. Trustee<br>615 E. Houston, Ste. 533<br>San Antonio, TX 78205 |
| Robby H. Birnbaum, Esq.<br>Greenspoon Marder LLP<br>2255 Glades Road, Ste. 400-E<br>Boca Raton, FL 33431<br>***Counsel for National Debt Relief, LLC*** | *Via CM/ECF ninman@allmandlaw.com,*<br>*dallasecf@allmandlaw.com,*<br>*clerk@allmandlaw.com,*<br>*ign@allmandlaw.com,*<br>*r62733@notify.bestcase.com,*<br>*allmandlaw@notifications.practicesavvy.com*<br>*, allmanduser@gmail.com*<br>Nicholas C. Inman<br>Allmand Law<br>860 Airport Freeway, Ste. 401<br>Hurst, TX 76054<br>***Counsel for Debtor*** |

                ***/s/ Jose C. Rodriguez***