**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 28, 2023.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-50946-MMP |
| | § | |
| LISA MARIE GARZA | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 CASE |

_____

**ORDER GRANTING**
**APPLICATION OF TRUSTEE FOR APPROVAL OF**
**RETROACTIVE EMPLOYMENT OF COUNSEL FOR SPECIAL PURPOSE**
_____

On this day came on to be heard the Application of Trustee for Approval of Retroactive Employment of Counsel for Special Purpose.

The Court finds that proper notice was given and no objections were filed to the Application. The Court finds that the Application will assist the Trustee in the administration of the case and should be approved. It is, therefore,

ORDERED that the Application for the retroactive employment of Atlas Consumer Law, which is a Division of Sulaiman Law Group, Ltd. as Special Counsel for the Chapter 7 Trustee Jose C. Rodriguez is hereby approved and granted. It is, further,

ORDERED that Atlas Consumer Law, by and through Nathan Volheim, will serve as Special Counsel in the liquidation of the Claim against National Debt Relief, LLC. It is, further,

ORDERED that said Special Counsel shall, within ten (10) days of the entry hereof, if Special Counsel has not already done so, serve the statements required by Bankruptcy Code § 329(a) and Bankruptcy Rule 2016(b) and a copy of this Order, upon the U.S. Trustee, any committees, the twenty (20) largest unsecured creditors, all secured creditors, and any counsel or parties previously filing a notice of appearance and request for notice. It is, further,

ORDERED that said Special Counsel shall disclose in said statement the amount and source of any retainer or any other payment received by said Special Counsel in connection with or in contemplation of this case. It is further,

ORDERED that compensation to Atlas Consumer Law shall be paid at a rate of $575.00 per hour for senior attorneys, $475.00 per hour for associate attorneys, plus costs. It is, further,

ORDERED that in addition to attorney fees, attorney costs will be paid out of any funds, assets, settlements, and/or property recovered by or for the benefit of the Estate through the assistance of Special Counsel. It is, further,

ORDERED that Special Counsel will be paid only after application to, and approval by, this Court.

###

Order submitted by:

Jose C. Rodriguez
Law Office of Jose C. Rodriguez
1101 W 34th St., #223
Austin, TX   78702
Tel.: (210) 738-8881
Fax: (210) 738-8882
Email: jcrodlaw@gmail.com