**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 01, 2023.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-50946-MMP |
| | § | |
| LISA MARIE GARZA | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 CASE |

_____

**ORDER GRANTING MOTION TO EXPEDITE HEARING ON THE
MOTION FOR AN ORDER, PURSUANT TO BANKRUPTCY RULE 9018
AND SECTION 107(b) OF THE BANKRUPTY CODE, AUTHORIZING CHAPTER 7
TRUSTEE TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT BETWEEN
NATIONAL DEBT RELIEF, LLC AND LISA MARIE GARZA UNDER SEAL**
_____

On this day came on to be heard the Motion to Expedite Hearing on the Motion for an Order, Pursuant to Bankruptcy Rule 9018 and Section 107(b) of the Bankruptcy Code, Authorizing Chapter 7 Trustee to File the Confidential Settlement Agreement between National Debt Relief, LLC and Lisa Marie Garza Under Seal. After considering the Motion, the Court finds that good cause exists and that the Motion should be granted. It is, therefore,

ORDERED that the Motion for Expedited Hearing on the Motion for an Order, Pursuant to Bankruptcy Rule 9018 and Section 107(b) of the Bankruptcy Code, Authorizing Chapter 7 Trustee to File the Confidential Settlement Agreement between National Debt Relief, LLC and Lisa Marie Garza Under Seal, is hereby granted.

IT IS, THEREFORE, ORDERED that the **Motion for an Order, Pursuant to Bankruptcy Rule 9018 and Section 107(b) of the Bankruptcy Code, Authorizing Chapter 7 Trustee to File the Confidential Settlement Agreement between National Debt Relief, LLC and Lisa Marie Garza Under Seal is scheduled for expedited hearing on March 7, 2023 @9:30am in Courtroom #1, 3rd Floor, 615 E. Houston Street, San Antonio, Texas.**

It is further ORDERED that the Trustee shall be responsible for serving notice of the expedited hearing to all interested parties.

###

Order submitted by:

Jose C. Rodriguez
Law Office of Jose C. Rodriguez
1101 W. 34th St., #223
Austin, TX 78705
Tel: (210) 738-8881
Fax: (210) 738-8882
Email: jcrodlaw@gmail.com