IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-50946-MMP |
| | § | |
| LISA MARIE GARZA | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 CASE |

**APPLICATION BY TRUSTEE AND LAW FIRM
OF WHICH TRUSTEE IS A MEMBER TO ACT AS ATTORNEY FOR ESTATE**

**This pleading requests relief which may be adverse to your interests.**

**If no timely response is filed within twenty-one (21) days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely response is necessary for a hearing to be held.**

TO THE HONORABLE MICHAEL M. PARKER,
UNITED STATES BANKRUPTCY JUDGE:

JOSE C. RODRIGUEZ, in his capacity as Trustee, ("Applicant") submits this application (the "Application") pursuant to 11 U.S.C. §§ 327 and 704 and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

1. The Debtor filed this case on August 27, 2022. Jose C. Rodriguez was appointed as the Chapter 7 Trustee and continues to serve in that capacity. This application is filed pursuant to 11 U.S.C. §§ 327 and 704 and Federal Rule of Bankruptcy Procedure 2014 and Local Rule 2014.

2. The Trustee moves for leave to act as the lawyer for the estate to assist the Trustee in the obtaining a court order ratifying a confidential compromise and settlement agreement that was negotiated between Debtor and National Debt Relief, LLC. Nathan Volheim was previously appointed as the attorney for the estate for services rendered in obtaining the Confidential

Settlement Agreement between the Debtor and National Debt Relief, LLC that is sought to be ratified by the services to be provided by Applicant.

3. The Court has jurisdiction over this matter pursuant to 11 U.S.C. § 327(d) which reads: "the court may authorize the Trustee to act as attorney or accountant for the estates if such authorization is in the best interest of the estates."

4. There is cause to permit the Trustee to employ the firm of which he is a member and such employment is in the best interest of the estate because such employment will result in substantial cost savings, expedited administration and is warranted due to the Trustee's firm's existing administrative involvement.

5. Applicant is an attorney at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction and has a particular expertise with regard to bankruptcy and debtor/creditor matters in cases under the Bankruptcy Code.

6. The normal billing rates of applicant at the tie of this application is $350.00 per hour. Legal Assistants will be billed at an hourly rate of $95.00 an hour. It is contemplated that the law firm will seek compensation based upon normal and usual hourly billing rates. Applicant is informed and believes that the hourly rates of applicant's law firm are reasonable in light of the current hourly rates charged by other attorneys in the San Antonio and Austin area.

WHEREFORE Applicant prays that the Law Office of Jose C. Rodriguez, which he is a member, be authorized to act as attorney for the estate with compensation for such legal services to be provided to be paid as an administrative expense in such amounts as this Court may hereafter determine and allow upon application as filed by said attorney. Applicant prays for such other and further relief to which he may show himself justly entitled.

Dated: March 1, 2023

Respectfully submitted,

Law Offices of Jose C. Rodriguez
1101 W. 34th St., #223
Austin, TX 78705
Tel: (210) 738-8881
Fax: (210) 738-8882
Email: jcrodlaw@gmail.com

By: */s/ Jose C. Rodriguez*
SBN: 17146450

**PROPOSED COUNSEL FOR
CHAPTER 7 TRUSTEE**

---

## CERTIFICATE OF SERVICE
---

    I hereby certify that a true and correct copy of the foregoing document, along with a copy of the Proposed Order was filed with the Court and served electronically upon those Parties registered to receive electronic notice via the Court's CM/ECF system on the 1st day of March, 2023 or sent by United States First Class Mail within two business days to the Parties as set forth in the attached mailing matrix.

*/s/ Jose C. Rodriguez*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 22-50946-mmp<br>Western District of Texas<br>San Antonio<br>Wed Feb 1 10:33:15 CST 2023 | U.S. BANKRUPTCY COURT<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205-2055 | (p)ALLMAND LAW FIRM<br>860 AIRPORT FREEWAY<br>401<br>HURST TX 76054-3264 |
| Attorney General of Texas<br>Bankruptcy Collection Division<br>PO Box 12017<br>Austin, TX 78711-2017 | Bank of America<br>Bankruptcy<br>PO Box 660710<br>Dallas, TX 75266-0710 | (p)BARRETT DAFFIN FRAPPIER TURNER & ENGEL LL<br>4004 BELT LINE ROAD SUITE 100<br>ADDISON TX 75001-4320 |
| (p)LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN DON STECKER<br>112 E PECAN<br>SUITE 2200<br>SAN ANTONIO TX 78205-1588 | Bexar County Tax Assessor-Collector<br>PO Box 839950<br>San Antonio, TX 78283-3950 | Cedar Hill National Bank<br>C/O CATO<br>PO Box 37902<br>Charlotte, NC 28237-7902 |
| Christus Santa Rosa Children's Hospital<br>PO Box 847053<br>Dallas, TX 75284-7053 | Couch Lambert<br>3501 N Causeway Blvd Suite 800<br>Metairie, LA 70002-3625 | Great Northwest Community Improvement Associ<br>8809 Timberwilde St<br>San Antonio, TX 78250-4331 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Linebarger Goggan Blair & Sampson LLP<br>Attn: Lisa Large Evans<br>2777 N. Stemmons Freeway, Ste 1000<br>Dallas, TX 75207-2328 |
| Lisa Marie Garza<br>9423 Valley Dale<br>San Antonio, TX 78250-3901 | Mariner Finance<br>Attn: Bankruptcy 8211 Town Center Drive<br>Nottingham, MD 21236-5904 | Methodist Specialty & Redacted Hosp<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 |
| NTTA<br>PO Box 660244<br>Dallas, TX 75266-0244 | Resurgent Capital Services<br>Attn: Bankruptcy<br>PO Box 10497<br>Greenville, SC 29603-0497 | (p)SECURITY SERVICE FEDERAL CREDIT UNION<br>ATTN ATTN PATRICK RYAN<br>15000 IH 10 WEST<br>SAN ANTONIO TX 78249-3531 |
| Smile Direct Club HQ<br>414 Union St 8th Fl<br>Nashville, TN 37219-1929 | Texas Alcoholic Beverage Comm<br>Licenses and Permits Division<br>PO Box 13127<br>Austin, TX 78711-3127 | US Attorney General<br>US Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0009 |
| United States Attorney - Western<br>601 NW Loop 410 Suite 600<br>San Antonio, TX 78216-5597 | United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>San Antonio, TX 78295-1601 | United States Trustee - Western<br>615 E. Houston Street, Suite 533<br>San Antonio, TX 78205-2055 |
| Victoria Emergency Partners LLC<br>PO Box 203949<br>Dallas, TX 75320-3949 | Jose C Rodriguez<br>Jose C. Rodriguez, Trustee<br>1101 W. 34th Street, #223<br>Austin, TX 78705-1907 | Nicholas C Inman<br>Allmand Law<br>860 Airport Freeway, Ste 401<br>Hurst, TX 76054-3264 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Allmand Law Firm, PLLC  
Allmand Law Firm, PLLC  
860 Airport Fwy Ste 401  
Hurst, TX 76054-3264  

Bank of America, N.A.  
c/o BDFTE LLP  
4004 Belt Line Rd, Ste 100  
Addison, TX 75001  

Bexar County  
c/o Don Stecker  
112 E. Pecan Street, Suite 2200  
San Antonio, TX 78205  

Security Service FCU  
Attn: Bankruptcy  
P.O. Box 691510  
San Antonio, TX 78269  


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Lisa Marie Garza  
9423 Valley Dale  
San Antonio, TX 78250-3901  

End of Label Matrix  
Mailable recipients   29  
Bypassed recipients    1  
Total                 30