IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-50946-MMP |
| | § | |
| LISA MARIE GARZA | § | |
| | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 CASE |

---

## DECLARATION OF JOSE C. RODRIGUEZ, TRUSTEE

---

State of Texas §

County of Bexar §

I, JOSE C. RODRIGUEZ, TRUSTEE, declare:

1. I am an employee of the Law Office of Jose C. Rodriguez, and am the Trustee in this case

2. Applicant is an attorney at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction.

3. To the best of my knowledge, information and belief this law fir is a disinterested person within the meaning of 11 U.S.C. § 101(14) and the law firm is eligible to serve as counsel for the estate by right of the provisions of 11 U.S.C. § 327.

4. The firm does not have a prepetition or other claim against the estate.

5. The firm does not have any connection with the Debtor.

6. I have not received a retainer from the Debtor, the estate or a third party.

7. I do not have any interests adverse to the Trustee, the estate or the Debtor.

8. I have not agreed to share this compensation with any other person.

I DECLARE UNDER THE PENALTY OF PERJURY that the foregoing is true and

correct.

Executed on this the 1 St day of __March__ , 2023.

_____
Jose C. Rodriguez

State of Texas          §
                        §
County of Bexar         §

      SWORN AND SUBSCRIBED BEFORE ME by Jose C. Rodriguez, on this the 1 St
day of __March__ , 2023 who states that the above is true and correct to the best of his
knowledge.

_____
Notary Public, State of Texas

LETICIA M. REYNA
Notary Public, State of Texas
Comm. Expires 07-06-2025
Notary ID 125353605