IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-50946-MMP |
| | § | |
| LISA MARIE GARZA | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 CASE |

**ORDER AUTHORIZING TRUSTEE TO SERVE AS HIS OWN ATTORNEY**

On this day, the Court considered the Application of the bankruptcy estate herein to employ counsel, and the Court, being of the opinion that the Application is well taken, will hereby approve same. It is, therefore,

ORDERED that the employment of Jose C. Rodriguez, as counsel for the bankruptcy estate for the purposes described in the Application be and it is hereby approved.

###

Order submitted by:

Jose C. Rodriguez
Law Office of Jose C. Rodriguez
1101 W. 34th St., #223
Austin, TX 78702
Tel.: (210) 738-8881
Fax: (210) 738-8882
Email: jcrodlaw@gmail.com