**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 08, 2023.**

_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-50946-MMP |
| | § | |
| LISA MARIE GARZA | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 CASE |

_____

**ORDER GRANTING IN PART
MOTION FOR AN ORDER, PURSUANT TO BANKRUPTCY RULE 9018
AND SECTION 107(b) OF THE BANKRUPTY CODE, AUTHORIZING CHAPTER 7
TRUSTEE TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT BETWEEN
NATIONAL DEBT RELIEF, LLC AND LISA MARIE GARZA UNDER SEAL**
_____

The Court has considered the *Motion for an Order, Pursuant to Bankruptcy Rule 9018 and Section 107(b) of the Bankruptcy Code, Authorizing Chapter 7 Trustee to File Confidential Settlement Agreement between National Debt Relief, LLC and Lisa Marie Garza Under Seal* (the "Motion"). The Court, having considered the Motion, the responses, if any, the documents, motions, and pleadings on file, and arguments of counsel, if any, is of the opinion that the Motion is meritorious and that good cause exists and should be GRANTED IN PART.

**THEREFORE IT IS ORDERED** that the Motion is hereby GRANTED IN PART;

**IT IS FURTHER ORDERED** that the Confidential Settlement Agreement will be filed only for review *in camera* by this Court.

**IT IS FURTHER ORDERED** that the Confidential Settlement Agreement shall remain under *in camera* review for no longer than thirty days from the date of entry of the order, unless the Court orders otherwise.

**IT IS FURTHER ORDERED** that any evidence and testimony taken concerning the Confidential Settlement Agreement in relation to the Motion to Ratify Compromise and Settlement between National Debt Relief, LLC and Lisa Marie Garza (Dkt #26) will remain under *in camera* review and excluded from review by others, unless the Court orders otherwise.

**IT IS FURTHER ORDERED** that the only entities permitted to review documents or transcripts of proceedings placed under *in camera* review are the Parties, as defined in the Motion, and, in addition, the following entities shall also have access to matters placed under *in camera* review unless the Court specifically rules otherwise: (1) the judge presiding over the case, (2) the law clerk to whom the matter is assigned internally by the presiding judge, (3) the Courtroom Deputy responsible for the matter, (4) the Clerk of the Court, and (5) the presiding judge and staff of any appellate tribunal.

###

Order submitted by:

Jose C. Rodriguez
Law Office of Jose C. Rodriguez
1101 W. 34th St., #223
Austin, TX 78702
Tel.: (210) 738-8881
Fax: (210) 738-8882
Email: jcrodlaw@gmail.com