

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 08, 2023.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-50946-MMP |
| | § | |
| LISA MARIE GARZA | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 CASE |

_____

**ORDER GRANTING IN PART**
**MOTION FOR AN ORDER, PURSUANT TO BANKRUPTCY RULE 9018**
**AND SECTION 107(b) OF THE BANKRUPTY CODE, AUTHORIZING CHAPTER 7**
**TRUSTEE TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT BETWEEN**
**NATIONAL DEBT RELIEF, LLC AND LISA MARIE GARZA UNDER SEAL**

_____

The Court has considered the *Motion for an Order, Pursuant to Bankruptcy Rule 9018 and Section 107(b) of the Bankruptcy Code, Authorizing Chapter 7 Trustee to File Confidential Settlement Agreement between National Debt Relief, LLC and Lisa Marie Garza Under Seal* (the "Motion"). The Court, having considered the Motion, the responses, if any, the documents, motions, and pleadings on file, and arguments of counsel, if any, is of the opinion that the Motion is meritorious and that good cause exists and should be GRANTED IN PART.

**THEREFORE IT IS ORDERED** that the Motion is hereby GRANTED IN PART;

**IT IS FURTHER ORDERED** that the Confidential Settlement Agreement will be filed only for review *in camera* by this Court.

**IT IS FURTHER ORDERED** that the Confidential Settlement Agreement shall remain under *in camera* review for no longer than thirty days from the date of entry of the order, unless the Court orders otherwise.

**IT IS FURTHER ORDERED** that any evidence and testimony taken concerning the Confidential Settlement Agreement in relation to the Motion to Ratify Compromise and Settlement between National Debt Relief, LLC and Lisa Marie Garza (Dkt #26) will remain under *in camera* review and excluded from review by others, unless the Court orders otherwise.

**IT IS FURTHER ORDERED** that the only entities permitted to review documents or transcripts of proceedings placed under *in camera* review are the Parties, as defined in the Motion, and, in addition, the following entities shall also have access to matters placed under *in camera* review unless the Court specifically rules otherwise: (1) the judge presiding over the case, (2) the law clerk to whom the matter is assigned internally by the presiding judge, (3) the Courtroom Deputy responsible for the matter, (4) the Clerk of the Court, and (5) the presiding judge and staff of any appellate tribunal.

###

Order submitted by:

Jose C. Rodriguez
Law Office of Jose C. Rodriguez
1101 W. 34th St., #223
Austin, TX 78702
Tel.: (210) 738-8881
Fax: (210) 738-8882
Email: jcrodlaw@gmail.com

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 22-50946-mmp |
| Lisa Marie Garza | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 08, 2023 | Form ID: pdfintp | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Marie Garza, 9423 Valley Dale, San Antonio, TX 78250-3901 |
| aty | + | Nathan C. Volheim, Atlas Consumer Law, 2500 S. Highland Ave., Ste 200, Lombard, IL 60148-7103 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: BNCnotices@bdfgroup.com | Mar 08 2023 22:23:00 | Bank of America, N.A., c/o BDFTE, LLP, 4004 Belt Line Rd Ste. 100, Addison, TX 75001 |
| cr | Email/Text: sanantonio.bankruptcy@publicans.com | Mar 08 2023 22:23:00 | Bexar County, c/o Don Stecker, Linebarger Goggan Blair & Sampson, 112 E Pecan St, Suite 2200, San Antonio, TX 78205 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abbey Ulsh Dreher | on behalf of Creditor Bank of America N.A. wdecf@BDFGROUP.com, marshak@bdfgroup.com |
| Don Stecker | on behalf of Creditor Bexar County don.stecker@lgbs.com |

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 08, 2023 | Form ID: pdfintp | Total Noticed: 4 |

Jose C Rodriguez
    jcrodlaw@gmail.com lettymreyna@gmail.com;jrodriguez@ecf.axosfs.com

Jose C. Rodriguez
    on behalf of Trustee Jose C Rodriguez jcrodlaw@gmail.com jcrodriguezecf@gmail.com;lettymreyna@gmail.com

Nicholas C Inman
    on behalf of Debtor Lisa Marie Garza NInman@Allmandlaw.com
    dallasecf@allmandlaw.com;clerk@allmandlaw.com;ign@allmandlaw.com;r62733@notify.bestcase.com;allmandlaw@notifications.practicesavvy.com;allmanduser@gmail.com;dgaines@allmandlaw.com;AllmandLawFirmPLLC@jubileebk.net

United States Trustee - SA12
    USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 6