# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-50946-MMP |
| | § | |
| LISA MARIE GARZA | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 CASE |

**APPLICATION OF ATLAS CONSUMER LAW, A DIVISION OF SULAIMAN LAW, LTD, FOR APPROVAL OF ATTORNEYS' FEES AND EXPENSES AS SPECIAL COUNSEL TO THE TRUSTEE FOR THE PERIOD BEGINNING FEBRUARY 21, 2022 AND ENDING MARCH 10, 2023**

**This pleading requests relief which may be adverse to your interests.**

**If no timely response is filed within twenty-one (21) days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

TO THE HONORABLE MICHAEL M. PARKER,
UNITED STATES BANKRUPTCY JUDGE:

NOW COMES Atlas Consumer Law, a Division of Sulaiman Law Group, Ltd, (herein "Atlas") bringing this Application of t Atlas Consumer Law, a Division of Sulaiman Law, Ltd, for Approval of Attorneys' Fees and Expenses as Special Counsel to the Trustee for the period beginning February 21, 2022 and ending March 10, 2023, and in support thereof states:

1. On or around August 27, 2022, Lisa Marie Garza ("Debtor") filed a voluntary petition for relief pursuant to Chapter 7 of the United States Bankruptcy Code.

2. Atlas acted as special counsel to the Chapter 7 Trustee.

3. Before and during the pendency of the Bankruptcy, Atlas was employed by the Debtor and then the Trustee to represent the Debtor/Estate in the in an arbitration case captioned as L*isa M. Garza v. National Debt Relief, LLC, case no. 01-22-0000-7402* filed with the American

Arbitration Association. In conjunction with this representation Atlas incurred the following attorney fees and expenses, as more particularly set forth in chronological format in the "Statement" attached as Exhibit "A" and incorporated by this reference:

| | |
|---|---|
| Attorney Fees: | $16,760.00 |
| Expenses: | $1,489.40 |
| **Total Attorney Fees and Expenses:** | **$18,249.35** |

4. The time spent and hourly rate of the attorney during the Application Period was as follows:

| | Hourly Rate | Hours |
|---|---|---|
| Nathan C. Volheim – Attorney | $ 575.00 | 16.8 |
| Eric D. Coleman - Attorney | $ 475.00 | 23.8 |
| Kiran Wadia – Paralegal | $195.00 | 4.3 |
| **TOTAL:** | **$16,760.00** | |

5. The detail for the above fee amounts are detailed in the attached Exhibit "A", which is attached.

6. Accordingly, Atlas seeks compensation in the amount of $16,760.00 for all professional time and $1,489.40 in taxable costs.

7. Various factors have been suggested by Courts in considering the value of compensation rendered in awarding compensation in a bankruptcy case. ***In re First Colonial Corporation***, 544 F.2d 1291 (5th Cir.,1977). These factors are relevant to this Application, and are set out and discussed separately below:

    a. <u>Time and Labor Required.</u> Applicant devoted reasonable and necessary time to his representation of the Trustee as shown on Exhibit "A." The

principal task was to serve as counsel in all matters related Debtor's case against National Debt Relief, LLC. The purpose of the arbitration was to prosecute the Debtor claims under the Credit Repair Organization Act and Texas Credit Services Organizations Act.

b.  <u>Novelty and Difficulty of the Questions.</u>  The case did not present any novel legal questions. The case did present straightforward facts and the Credit Repair Organization Act and Texas Credit Services Organizations Act provided the applicable remedies for the Debtor.

a.  <u>Skills Requisite to Perform the Service Properly.</u> Atlas Consumer Law A Division of Sulaiman Law, Ltd. is a very known consumer litigation law firm in the United States and has filed thousands of lawsuits related to various consumer statues across the United States.

b.  <u>Customary Fees.</u>  The charges by Applicant are believed to be at a rate comparable to those charged by attorneys having the same or similar expertise representing trustees and creditors in insolvency cases in the locale.

c.  <u>Whether Fee is Fixed or Contingent.</u>  The fixed fees of the Applicant are subject to the review, approval and/or discretion of the Court in determining allowance and payment. The fees were not contingent upon the outcome.

d.  <u>Time Limitations.</u>  The case did not present unusual time demands other than the usual and necessary time needed to pursue final judgment.

e.  <u>Amount Involved and Results Obtained.</u>  The Parties reached a Settlement Agreement.

  f. <u>The Undesirability of the Case.</u>  This is not a factor in this case.

  g. <u>The Nature and Length of Professional Relationship.</u> Atlas Consumer Law A Division of Sulaiman Law, Ltd. has been representing Debtor since February 14, 2022.

  h. <u>Awards in Similar Cases.</u>  From information and believe the compensation sought is consistent with reasonable compensation awarded in other consumer cases.  Applicant does not seek any special fee, bonus, or accentuated rate.

  i. <u>Fees and Expenses.</u>  Expenses in this case are nominal and are primarily related to the prosecuting of this case.

  j. <u>Mileage.</u>  There are no charges for mileage since the charges were de minimis.

  k. <u>Travel.</u>  The representation did not require travel.

  l. <u>Itemized Entries.</u>  Attached hereto as Exhibit "A" is a chronological record reflecting time spent by attorneys and descriptions of the services performed on behalf of Atlas.

13. This fee application is filed and submitted in accordance with the requirements of the Court and the Bankruptcy Code.

14. The required Fee Application Summary is attached as Exhibit "B".

15. A proposed form of Order is attached as Exhibit "C."

FOR THESE REASONS the Applicant requests that the First and Final Fee Application be approved and that the Trustee be authorized to pay the Applicant from available funds in the estate. Applicant requests such other and further relief to which it may show itself justly entitled.

Dated:   March 21, 2023

Respectfully submitted,

/s/ *Nathan C. Volheim*
Nathan C. Volheim
SBN:
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
Fax: (630) 575-8188

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on the 21st day of March, 2023, a true and correct copy of the foregoing document, along with a copy of the Proposed Order was filed with the Court either served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system or by First Class United States Mail to the parties as set forth in the attached mailing matrix and to the following parties:

| | |
|---|---|
| Lisa Marie Garza<br>9423 Valley Dale Street<br>San Antonio, TX 78250<br>**Debtor/Plaintiff** | Nicholas C. Inman<br>Allmand Law Firm, PLLC<br>860 Airport Fwy, Ste 401<br>Hurst, TX 76054<br>**Attorney for Debtor** |
| Robby H. Birnbaum, Esq.<br>Greenspoon Marder LLP<br>2255 Glades Road, Ste. 400-E<br>Boca Raton, FL 33431<br>**Counsel for National Debt Relief, LLC** | U.S. Trustee<br>615 E. Houston, Ste. 533<br>San Antonio, TX 78205 |
| Jose C. Rodriguez<br>Chapter 7 Trustee | |

| 1101 W. 34th Street, #223<br>Austin, TX 7870 | | |
|---|---|---|

                                                    ***/s/ Nathan C. Volheim***

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 22-50946-mmp<br>Western District of Texas<br>San Antonio<br>Wed Feb  1 10:33:15 CST 2023 | U.S. BANKRUPTCY COURT<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205-2055 | (p)ALLMAND LAW FIRM<br>860 AIRPORT FREEWAY<br>401<br>HURST TX 76054-3264 |
| Attorney General of Texas<br>Bankruptcy Collection Division<br>PO Box 12017<br>Austin, TX 78711-2017 | Bank of America<br>Bankruptcy<br>PO Box 660710<br>Dallas, TX 75266-0710 | (p)BARRETT DAFFIN FRAPPIER TURNER & ENGEL  LL<br>4004 BELT LINE ROAD SUITE 100<br>ADDISON TX 75001-4320 |
| (p)LINEBARGER GOGGAN BLAIR & SAMPSON  LLP<br>ATTN DON STECKER<br>112 E PECAN<br>SUITE 2200<br>SAN ANTONIO TX 78205-1588 | Bexar County Tax Assessor-Collector<br>PO Box 839950<br>San Antonio, TX 78283-3950 | Cedar Hill National Bank<br>C/O CATO<br>PO Box 37902<br>Charlotte, NC 28237-7902 |
| Christus Santa Rosa Children's Hospital<br>PO Box 847053<br>Dallas, TX 75284-7053 | Couch Lambert<br>3501 N Causeway Blvd Suite 800<br>Metairie, LA 70002-3625 | Great Northwest Community Improvement Associ<br>8809 Timberwilde St<br>San Antonio, TX 78250-4331 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Linebarger Goggan Blair & Sampson LLP<br>Attn: Lisa Large Evans<br>2777 N. Stemmons Freeway, Ste 1000<br>Dallas, TX 75207-2328 |
| Lisa Marie Garza<br>9423 Valley Dale<br>San Antonio, TX 78250-3901 | Mariner Finance<br>Attn: Bankruptcy 8211 Town Center Drive<br>Nottingham, MD 21236-5904 | Methodist Specialty & Redacted Hosp<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 |
| NTTA<br>PO Box 660244<br>Dallas, TX 75266-0244 | Resurgent Capital Services<br>Attn: Bankruptcy<br>PO Box 10497<br>Greenville, SC 29603-0497 | (p)SECURITY SERVICE FEDERAL CREDIT UNION<br>ATTN ATTN PATRICK RYAN<br>15000 IH 10 WEST<br>SAN ANTONIO TX 78249-3531 |
| Smile Direct Club HQ<br>414 Union St 8th Fl<br>Nashville, TN 37219-1929 | Texas Alcoholic Beverage Comm<br>Licenses and Permits Division<br>PO Box 13127<br>Austin, TX 78711-3127 | US Attorney General<br>US Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0009 |
| United States Attorney - Western<br>601 NW Loop 410 Suite 600<br>San Antonio, TX 78216-5597 | United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>San Antonio, TX 78295-1601 | United States Trustee - Western<br>615 E. Houston Street, Suite 533<br>San Antonio, TX 78205-2055 |
| Victoria Emergency Partners LLC<br>PO Box 203949<br>Dallas, TX 75320-3949 | Jose C Rodriguez<br>Jose C. Rodriguez, Trustee<br>1101 W. 34th Street, #223<br>Austin, TX 78705-1907 | Nicholas C Inman<br>Allmand Law<br>860 Airport Freeway, Ste 401<br>Hurst, TX 76054-3264 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Allmand Law Firm, PLLC<br>Allmand Law Firm, PLLC<br>860 Airport Fwy Ste 401<br>Hurst, TX 76054-3264 | Bank of America, N.A.<br>c/o BDFTE LLP<br>4004 Belt Line Rd, Ste 100<br>Addison, TX 75001 | Bexar County<br>c/o Don Stecker<br>112 E. Pecan Street, Suite 2200<br>San Antonio, TX  78205 |

Security Service FCU
Attn: Bankruptcy
P.O. Box 691510
San Antonio, TX 78269


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Lisa Marie Garza            End of Label Matrix
9423 Valley Dale               Mailable recipients   29
San Antonio, TX 78250-3901     Bypassed recipients    1
                               Total                 30