# AMERICAN ARBITRATION ASSOCIATION
# IN THE MATTER OF ARBITRATION BETWEEN

LISA M. GARZA,

    Claimant,

v.                                                                                  Case No. 01-22-0000-7402

NATIONAL DEBT RELIEF, LLC,

    Respondent.

_____/

## ITEMIZATION OF ATTORNEYS' FEES AND COSTS

**Attorney Fees:**

| Date | Description | Attorney/Staff | Rate | Time | Amount |
|---|---|---|---|---|---|
| 2/21/2022 | Reviewed all materials provided by Client and determined all causes of actions | Attorney | $475.00 | 2.5 | $1,187.50 |
| 2/21/2022 | Drafted Complaint | Attorney | $475.00 | 1.5 | $712.50 |
| 2/21/2022 | Filed Complaint | Paralegal | $195.00 | 0.3 | $58.50 |
| 2/22/2022 | Internal Discussion Relating to Case | Attorney | $475.00 | 0.5 | $237.50 |
| 4/1/2022 | Internal Discussion Relating to Case | Attorney | $475.00 | 0.3 | $142.50 |
| 4/4/2022 | Drafted response to OC's email | Attorney | $475.00 | 2.5 | $1,187.50 |
| 6/1/2022 | Attended Preliminary Management Hearing | Attorney | $575.00 | 0.8 | $460.00 |
| 6/8/2022 | Docketed Deadlines in Scheduling Order | Paralegal | $195.00 | 0.25 | $48.75 |
| 7/11/2022 | Drafted Notice of Deposition | Paralegal | $195.00 | 1.5 | $292.50 |
| 7/13/2022 | Reviewed Notice of Deposition | Attorney | $475.00 | 1.0 | $475.00 |
| 7/22/2022 | Prepared Documents for Information Exchange | Paralegal | $195.00 | 1.1 | $214.50 |
| 8/1/2022 | Reviewed Notice of Deposition and emailed opposing counsel | Attorney | $575.00 | 0.7 | $402.50 |
| 8/9/2022 | Reviewed discovery responses and provided write up | Attorney | $475.00 | 2.0 | $950.00 |
| 8/10/2022 | Emailed Respondent's Counsel | Attorney | $575.00 | 0.5 | $287.50 |
| 8/16/2022 | Emailed Respondent's Counsel | Attorney | $575.00 | 0.4 | $230.00 |

| Date | Description | Role | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 8/19/2022 | Call with Opposing Counsel regarding Discovery Disputes | Attorney | $575.00 | 0.6 | $345.00 |
| 8/30/2022 | Call with client | Attorney | $575.00 | 0.4 | $230.00 |
| 8/30/2022 | Amended Notice of Deposition and sent email | Attorney | $575.00 | 0.5 | $287.50 |
| 9/8/2022 | Email to BK Counsel | Attorney | $575.00 | 0.4 | $230.00 |
| 9/12/2022 | Scheduled court reporter for deposition for 9/15 | Paralegal | $195.00 | 0.1 | $19.50 |
| 9/14/2022 | Reviewed supplemental discovery, original discovery, contemplated exhibits, initial deposition strategy | Attorney | $475.00 | 5.0 | $2,375.00 |
| 9/15/2022 | Conducted Deposition Preparation | Attorney | $475.00 | 2.0 | $950.00 |
| 9/15/2022 | Deposed Respondent's Representative | Attorney | $475.00 | 2.0 | $950.00 |
| 9/22/2022 | Defended Claimant at Deposition | Attorney | $475.00 | 4.5 | $2,137.50 |
| 9/22/2022 | Sent emails relating to discovery dispute to Respondent's Counsel and Arbitrator | Attorney | $575.00 | 0.6 | $345.00 |
| 9/27/2022 | Prepared for and attended hearing on discovery dispute | Attorney | $575.00 | 2.0 | $1,150.00 |
| 10/12/2022 | Sent emails in relations to case | Attorney | $575.00 | 0.4 | $230.00 |
| 10/17/2022 | Calls, emails with opposing counsel and call to client in relations to settlement | Attorney | $575.00 | 0.7 | $345.00 |
| 10/17/2022 | Notified AAA of Settlement | Paralegal | $195.00 | 0.25 | $48.75 |
| 12/8/2022 | Call with Trustee | Attorney | $575 | 0.4 | $230.00 |
| | | | | | **$16,760.00** |

**Costs:**
Filing Fee                                    $    200.00
Postage                                       $        8.95
Deposition Transcripts                $ 1,280.40
**Total Costs:**                          **$ 1,489.35**

**Grand Total**
Attorney Fees                           $ 16,760.00
Costs                                         $   1,489.40
**Total**                                     **$ 18,249.35**