IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-50946-MMP |
| | § | |
| LISA M. GARZA | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 CASE |

**FEE APPLICATION SUMMARY FOR FINAL APPLICATION OF ATLAS CONSUMER LAW A DIVISION OF SULAIMAN LAW, LTD, FOR APPROVAL OF ATTORNEYS' FEES AND EXPENSES AS SPECIAL COUNSEL TO THE TRUSTEE FOR THE PERIOD BEGINNING FEBRUARY 21, 2022 AND ENDING MARCH 10, 2023**

I. Client:

Lisa M. Garza

II. Requesting Application:

Atlas Consumer Law A Division of Sulaiman Law, Ltd.

III. Total Amount of Fees Requested:

    A. Fees: $16,760.00

    B. Expenses: $1,489.35

    C. Prepetition retainer: None

    D. Time Period: February 21, 2022 through March 10, 2023

IV. Breakout of Current Application:

| | Hourly Rate | Actual Hours |
|---|---|---|
| Nathan C. Volheim- Attorney | $ 575.00 | 16.8 |
| Eric D. Coleman- Attorney | $ 475.00 | 23.8 |
| Kiran Wadia – Paralegal | $ 195.00 | 4.3 |

**TOTAL:** $16,760.00

Minimum Fee Increments: One-tenth of an hour

Expenses: $1,489.35

AMOUNT ALLOCATED FOR PREPARATION OF THIS FEE APPLICATION:

Approximately 3 hours

V. Prior Applications: None

VI. Other co-equal or administrative claimants:

VII. Results obtained:

    a. Confidential Settlement Agreement for Debtor's case against National Debt Relief, LLC

    b. Attorney's fees and expenses, $18,249.35 should be awarded for reaching a settlement.