IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-50946-MMP |
| | § | |
| LISA MARIE GARZA | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 CASE |

**ORDER ALLOWING**
**FINAL APPLICATION OF ATLAS CONSUMER LAW A DIVISION OF SULAIMAN**
**LAW, LTD, FOR APPROVAL OF ATTORNEYS' FEES AND EXPENSES**
**AS SPECIAL COUNSEL TO THE TRUSTEE FOR THE PERIOD BEGINNING**
**FEBRUARY 21, 2022 AND ENDING MARCH 10, 2023**

On this day, the Court considered the First and Final Application of the Atlas Consumer Law A Division of Sulaiman Law, Ltd, for Approval of Attorneys' Fees and Expenses as Special Counsel to the Debtor for the Period Beginning February 21, 2022 through March 10, 2023 (the "Application").

The Court finds that there have been no objections filed to the payment of fees and expenses requested in the Application and that the fees and expenses as detailed in the

Application are reasonable and necessary in furtherance of Special Counsel's representation of the Debtor, as ratified by Court Order, and is hereby APPROVED. It is further,

ORDERED, that the fees and expenses of the Atlas Consumer Law A Division of Sulaiman Law, Ltd as Special Counsel to the Trustee are approved and allowed for the period beginning February 21, 2022 through March 10, 2023 in the amount of:

    a.    Fees – $16,077.50

    b.    Expenses – $682.50

It is further, ORDERED, that Jose C. Rodriguez, in his capacity as Chapter 7 Trustee is authorized and directed to pay Atlas Consumer Law A Division of Sulaiman Law, Ltd., the full amount of its approved and allowed fees and expenses awarded herein from available funds.

###

Order submitted by:

Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
nvolheim@sulaimanlaw.com