**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 26, 2023.**

_____
MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE WESTERN DISTRICT OF
TEXAS SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| LISA MARIE GARZA | § | CASE NO. 22-50946-MMP |
| | § | |
| DEBTOR | § | CHAPTER 7 CASE |

**ORDER ALLOWING
FINAL APPLICATION OF ATLAS CONSUMER LAW A DIVISION OF SULAIMAN
LAW, LTD, FOR APPROVAL OF ATTORNEYS' FEES AND EXPENSES
AS SPECIAL COUNSEL TO THE TRUSTEE FOR THE PERIOD BEGINNING
AUGUST 27, 2022 AND ENDING MARCH 10, 2023**

On this day the Court considered the First and Final Application of the Atlas Consumer Law A Division of Sulaiman Law, Ltd, for Approval of Attorneys' Fees and Expenses as Special Counsel to th Debtor for the Period Beginning February 14, 2022 through March 8, 2023 (the "Application").

The Court finds that there have been no objections filed to the payment of fees and expenses requested in the Application and that the fees and expenses as detailed in the Application are reasonable and necessary in furtherance of Special Counsel's representation of the Debtor in the above referenced adversary proceeding should be and is hereby APPROVED.

It is further,

ORDERED, that the fees and expenses of the Atlas Consumer Law A Division of Sulaiman Law, Ltd as Special Counsel to the Trustee are approved and allowed for the period beginning February 14, 2022 through March 10, 2023 in the amount of:

a. Fees – $15,951.50

b. Expenses – $682.50

It is further, ORDERED, that Jose C. Rodriguez, in his capacity as Chapter 7 Trustee is authorized and directed to pay Atlas Consumer Law A Division of Sulaiman Law, Ltd., the full amount of its approved and allowed fees and expenses awarded herein from available funds.

### 

Order submitted by:

Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
nvolheim@sulaimanlaw.com